FILED
2010 Jul-14 PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| VIC DEMONE HOUSTON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 5:10-CV-1120-RDP-HGD |
| TONY PATTERSON, Warden; THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

On June 17, 2010, the Magistrate Judge filed his Report and Recommendation (Doc. #4) in the above-styled cause, recommending that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and this case be dismissed. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be denied and this case dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this  14th  day of July, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE